

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| TECHE FEDERAL BANK | CIVIL ACTION NO. 6:06CV0630 |
| VERSUS | JUDGE HAIK |
| ALLSTATE INDEMNITY COMPANY | MAG. JUDGE METHVIN |

### ORDER OF DISMISSAL

**IT IS ORDERED** by the Court that any and all claim of plaintiffs Teche Federal Bank and James Feigler against defendant Allstate Indemnity Company are dismissed, with prejudice, with each party to bear their own costs.

Lafayette, Louisiana, this 13th day of June, 2007.

_____
TUCKER L. MELANCON, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA